UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:24-cr-00125 |
| VS. | * | JUDGE JAMES D. CAIN, JR. |
| STEPHON ENRIQUE FALLON | * | MAGISTRATE JUDGE LEBLANC |

### ORDER

In accordance with the requirements of Rule 5 of the Federal Rules of Criminal Procedure, as amended October 21, 2020, and in addition to the requirements imposed by the court's Pretrial Criminal Scheduling Order, it is

**ORDERED** that the government be and it is hereby reminded of its disclosure obligations under *Brady v Maryland*, 373 U.S. 83 (1963), and its progeny. Failure of the government to abide by this order and to properly disclose *Brady* material to the defendant shall carry consequences. Consequences of violation of this order and the duty to disclose as mandated by *Brady* will be commiserate with the scope and severity of the violation and can include exclusion of evidence at trial, a finding of contempt with possible disciplinary action against the prosecutor, dismissal of an indictment with prejudice, or even a declaration that a conviction was obtained invalidly.

**THUS DONE AND SIGNED** in chambers this 8th day of July, 2024.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE